UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAFAEL CORDERO, *individually and on behalf of all* :
*others similarly situated* :
:
                        Plaintiff,            :          22-CV-5705 (JMF)
:
      -v-                        :               <u>ORDER</u>
:
PORTABLE THERAPEUTIX, LLC, :
:
                        Defendant.       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant in this action appears to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      SO ORDERED.

Dated: October 19, 2022
       New York, New York                                   _____
                                                               JESSE M. FURMAN
                                                     United States District Judge