UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAFAEL CORDERO, *individually and on behalf of all* : 
*others similarly situated*, :
:
                       Plaintiff, :      22-CV-5705 (JMF)
:
     -v- :      ORDER
:
PORTABLE THERAPEUTIX, LLC, :
:
                       Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 21, 2022, Defendant filed an Amended Answer. *See* ECF No. 22. In doing so, however, it failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which mandates that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Defendant shall file a redline no later than **October 26, 2022**.

      SO ORDERED.

Dated: October 24, 2022                        _____
      New York, New York                    JESSE M. FURMAN
                                              United States District Judge