UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RAFAEL CORDERO, *individually and on behalf of all* :
*others similarly situated*, :
:
:
Plaintiff,  :    22-CV-5705 (JMF)
:
-v-  :    ORDER
:
PORTABLE THERAPEUTIX, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's October 24, 2022 Order, ECF No. 23, Defendant was required to file a redline of its amended Answer by October 26, 2022. To date, Defendant has yet to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 28, 2022**. Failure to file the redline will result in sanctions, up to and including striking of the amended Answer.

Moreover, given defense counsel's arguably sanctionable behavior to date — in both this and other cases before the Court, *see* ECF No. 21 — defense counsel is hereby ORDERED to promptly serve a copy of both this Order and the Court's October 21, 2022 Order, *id.*, on his client. By **November 2, 2022**, defense counsel shall file on the docket proof of such service. Failure to do so will result in sanctions.

SO ORDERED.

Dated: October 27, 2022
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge